IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHRYN BROOM, | ) | |
| on behalf of herself and others similarly | ) | |
| situated, | ) | 13-CV-00447 |
| | ) | |
| Plaintiffs, | ) | Judge Elaine E. Bucklo |
| | ) | |
| v. | ) | Mag. Judge Young B. Kim |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC.; MIDLAND FUNDING LLC; | ) | |
| and ENCORE CAPITAL GROUP, INC., | ) | |
| formerly MCM CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO EXTEND DISCOVERY SCHEDULE

The parties, through their undersigned counsel, and pursuant to Fed. R. Civ. P. 16(b)(4), respectfully move this Court for an order extending the discovery schedule and related deadlines. In support thereof, the parties state as follows:

1. On August 26, 2013, following (i) the filing of Plaintiffs' Amended Complaint (which added four named plaintiffs) (*see* Doc. 42) and (ii) the Court granting in part Defendants' motion to compel arbitration as to Plaintiff Theresa Cederoth (*see* Doc. 65), the parties submitted a Revised Report of Parties' Planning Meeting. *See* Doc. 68. The Court entered a minute entry adopting the parties' revised Rule 26(f) discovery plan and setting, among other deadlines, May 6, 2014 for the close of discovery. *See* Doc. 69.

2. Following the entry of that order, Defendants' moved to compel the arbitration of two additional plaintiffs and Plaintiffs stipulated to arbitrate the claims of Plaintiff Beverly Freeman (*see* Doc. 70, filed October 28, 2013 and Doc. 76, filed March 14, 2014).

3.  The motions to compel arbitration and the settlement of a similar case, *Vassalle et al. v. Midland Funding, LLC, et al.,* Northern District of Ohio Case No. 3:11-cv-0096 (N.D. Ohio Nov. 27, 2013), directly impacted the parties' ability to complete discovery as the two outstanding issues affected which Plaintiffs were subject to this court's jurisdiction and the scope of the current litigation. Accordingly, on April 10, 2014 the parties jointly moved for an extension of the discovery schedule which the Court granted on April 17, 2014. *See* Doc. 85.

4.  Under the current schedule, fact discovery is set to close on July 18, 2014; Plaintiff is required to comply with Fed.R.Civ.P. 26(a)(2) by August 18, 2014; Defendant is required to comply with Fed.R.Civ.P. 26(a)(2) by September 18, 2014; and dispositive motions are due by October 20, 2014. *Id*.

5.  As of the date of this motion, discovery is ongoing. Plaintiff has served, and Defendants have responded to, two sets of written discovery requests. Similarly, Plaintiff has responded to Defendants' written discovery. Pursuant to Fed.R.Civ.P. 37, the parties have been diligently working together to resolve any discovery disputes and issues. The parties have conducted several Fed.R.Civ.P. 37 conferences and exchanged supplemental discovery responses and document productions.

6.  On April 29, 2014, Defendants' served a Notice for Plaintiff's deposition to take place on June 18, 2014. Due to conflicts in the parties' schedules, that deposition has been rescheduled for July 22, 2014.

7.  Similarly, on May 9, 2014, Plaintiff issued a Notice of Rule 30(b)(6) Deposition which was originally scheduled to take place on June 24, 2014.

8.  While Defendants have supplemented a number of their responses and document productions in response to the parties Rule 37 conferences, and despite Defendants' agreement to

produce the additional information requested by Plaintiffs, and efforts to do so in a timely manner, several discovery issues remain outstanding. Specifically, Defendants have agreed to supplement their responses and document production related to Defendants' procedures in drafting, approving, signing and verifying information contained in their collection affidavits. Additionally, Defendants have agreed to produce, and continue to investigate, the size of the class.

9. The outstanding discovery is necessary in order to complete the depositions of Defendants' employees and agents. Accordingly, the parties have agreed to reschedule Defendants' depositions until after the production of this information. However, because of the availability of Defendants' witnesses and conflicting summer schedules of the parties' counsel, additional time is required to complete the written discovery as well as the depositions of Defendants' employees and agents. Defendants have agreed to produce their witnesses on August 13, 2014 and anticipate that all outstanding discovery will be completed prior to that date.

10. Finally, the parties have initiated settlement discussions in this case. The additional time requested by the parties will allow them to further explore the possibility of an early resolution. The parties intend to continue these discussions while completing the outstanding discovery.

11. The parties agree that more time is required to complete discovery in this action and that good cause exists for extending the discovery schedule. Accordingly, the parties propose the following extended deadlines:

- All fact discovery to be completed by September 18, 2014;
- Plaintiff shall comply with Fed. R. Civ. P. 26(a)(2) by October 20, 2014;
- Defendants shall comply with Fed. R. Civ. P. 26(a)(2) by November 20, 2014;

3

- Dispositive motions with supporting memoranda due by December 20, 2014.

WHEREFORE, the parties respectfully request that the Court grant this Motion and enter an order extending (i) the close of fact discovery in this action to September 18, 2014; (ii) Plaintiff's Fed.R.Civ.P. 26(a)(2) disclosures to October 20, 2014; (iii) Defendants' Fed.R.Civ.P. 26(a)(2) disclosures to November 20, 2014; and (iv) the deadline to file dispositive motions to December 20, 2014.

Dated: June 26, 2014

Respectfully submitted,

| **EDELMAN, COMBS, LATTURNER & GOODWIN, LLC** | **DYKEMA GOSSETT PLLC** |
|---|---|
| By: s/ Cassandra P. Miller<br>Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Cassandra P. Miller<br>120 S. LaSalle St., 18th Fl.<br>Chicago, Illinois 60603<br>Phone: 312-739-4200 | By: s/ Bryan J. Anderson<br>Theodore W. Seitz<br>Todd A. Gale<br>Bryan J. Anderson<br>Amy R. Jonker<br>10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>Phone: 312-876-1700 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

      I, Cassandra P. Miller, hereby certify that on June 26, 2014, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to each of the following parties:

Amy R. Jonker
ajonker@dykema.com
Theodore Seitz
tseitz@dykema.com
Todd A. Gale
tgale@dykema.com
Bryan J. Andersen
bandersen@dykema.com

                                        s/ Cassandra P. Miller
                                        Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603-3593
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com