Kathryn Broom, et al.
                                        Plaintiff,

v.                                      Case No.: 1:13−cv−00447
                                        Honorable Elaine E. Bucklo

Midland Credit Management, Inc., et al.
                                        Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, July 10, 2014:


MINUTE entry before the Honorable Elaine E. Bucklo: Joint Motion for extension of time to complete discovery [94] is granted. Fact discovery cut−off extended to 9/18/2014. Plaintiff shall comply with FRCP(26)(a)(2) by 10/20/2014. Defendant shall comply with FRCP(26)(a)(2) by 11/20/2014. Dispositive motions with supporting memoranda due by 11/20/2014. Status hearing reset to 8/22/2014 at 9:30 AM. Hearing on plaintiff's motion to certify class [87] reset to 8/22/2014 at 9:30 AM. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.