UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kathryn Broom, et al.
                                  Plaintiff,

v.                                                      Case No.: 1:13–cv–00447
                                                            Honorable Elaine E. Bucklo

Midland Credit Management, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing reset to 9/22/2014 at 9:30 AM for report on settlement. Hearing on plaintiff's motion to certify class [87] reset to 9/22/2014 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.