## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KATHRYN BROOM, | ) | |
| on behalf of herself and others similarly situated, | ) ) | 13-CV-00447 |
| | ) | |
| Plaintiffs, | ) | Judge Elaine E. Bucklo |
| | ) | |
| v. | ) | Mag. Judge Young B. Kim |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING LLC; and ENCORE CAPITAL GROUP, INC., formerly MCM CAPITAL GROUP, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION FOR DISMISSAL**

Plaintiff Kathryn Broom and Defendants Midland Credit Management, Inc.; Midland Funding, LLC; and Encore Capital Group, Inc.; formerly MCM Capital Group, hereby stipulate to the dismissal of Plaintiff's individual claims against with prejudice and the class claims without prejudice.

Respectfully submitted,

| | |
|---|---|
| **KATHRYN BROOM** | **MIDLAND CREDIT MANAGEMENT, INC. MIDLAND FUNDING, LLC ENCORE CAPITAL GROUP, INC., formerly MCM CAPITAL GROUP** |
| /s/ Cassandra P. Miller<br>Cassandra P. Miller<br>Counsel for Plaintiff | /s/ Theodore W. Seitz<br>Theodore W. Seitz<br>Counsel for Defendants |
| Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Cassandra P. Miller<br>EDELMAN, COMBS, LATTURNER<br>& GOODWIN, LLC<br>20 S. Clark Street, Suite 1500<br>Chicago, Illinois  60603 | Heather L. Kramer<br>Theodore W. Seitz<br>Amy R. Jonker<br>Todd A. Gale<br>Dykema Gossett, PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606 |

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on December 12, 2014, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system , which caused to be served a true and accurate copy of such filings via email upon the following:

Heather L. Kramer (hkramer@dykema.com)
Theodore Wilson Seitz (tseitz@dykema.com)
Amy R. Jonker (ajonker@dykema.com)
Todd A. Gale (tgale@dykema.com)

s/Cassandra P. Miller
Cassandra P. Miller